SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Robert Dodson

RHONDA CANBY, SBN 171571
**DOWNEY BRAND, LLP**
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorney for Defendant Raley's dba Food Source #702

JEFFREY SCHULLER, SBN 186214
**SCHULLER & SCHULLER**
12307 Ventura Boulevard, Suite 200
Studio City, CA 91604
Telephone: (818) 506-8200
Facsimile: (818) 506-8062

Attorney for Defendant Valley Mack (DE), LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ROBERT DODSON, | Case No. CIV.S 06-02132-LKK-KJM |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| RALEY'S dba FOOD SOURCE #702; VALLEY MACK (DE), LLC, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS on January 19, 2007 this Court issued an Order directing all dispositional documents to be filed no later than February 16, 2007.

WHEREAS Plaintiff and Defendants do not yet have a fully executed Settlement Agreement, nor has Plaintiff received the settlement funds pursuant to the Agreement.

WHEREAS the parties hereby stipulate to extend the date to file dispositional documents by two weeks to March 2, 2007.

Dated: February 20, 2007    DISABLED ADVOCACY GROUP, APLC

 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff Robert Dodson

Dated: February 20, 2007    DOWNEY BRAND, LLP

 /s/ Rhonda Canby
RHONDA CANBY
Attorney for Defendant Raley's

Dated: February 19, 2007    SCHULLER & SCHULLER

 /s/ Jeffrey Schuller
JEFFREY SCHULLER
Attorney for Defendant Valley Mack (DE), LLC

### ORDER

Good cause having been show, dispositional documents shall be filed on or before March 2, 2007.

Dated: February 22, 2007.

[signature]
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dodson v. Food Source, et al
Time to Case No. CIV.S-06-02132-LKK-KJM
Documents