1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6

7  RHONDA CANBY, SBN 171571
   DOWNEY BRAND, LLP
8  555 Capitol Mall, 10th Floor
   Sacramento, CA 95814
9  Telephone: (916) 444-1000
   Fax: (916) 444-2100

10 Attorney for Defendant Raley's dba Food Source #702

11

12 JEFFREY SCHULLER, SBN 186214
   SCHULLER & SCHULLER
13 12307 Ventura Blvd. #200
   Studio City, CA 91604
14 Telephone: (818) 506-8200
   Fax: (818) 506-8062

15 Attorney for Defendant Valley Mack (DE), LLC

16

17             UNITED STATES DISTRICT COURT

18             EASTERN DISTRICT OF CALIFORNIA

19 ROBERT DODSON,                    Case No. CIV. S-06-02132-LKK-KJM

20       Plaintiff,

21 v.                               **STIPULATION OF DISMISSAL AND
                                    [PROPOSED] ORDER THEREON**
22 RALEY'S dba FOOD SOURCE #702;
23 VALLEY MACK (DE), LLC,

24       Defendants.
   _____/
25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon          Dodson v. Food Source, et al.
                                                              CIV. S-06-02132-LKK-KJM

1   TO THE COURT AND ALL PARTIES:

2   Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT

3   DODSON and defendants, RALEY'S dba FOOD SOURCE #702 and VALLEY MACK (DE),

4   LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties

5   be dismissed with prejudice from the above-entitled action.

6

7   Dated: March 2, 2007                    DISABLED ADVOCACY GROUP, APLC

8

9                                           /s/ Lynn Hubbard, III
                                            LYNN HUBBARD, III
10                                          Attorney for Plaintiff

11  Dated: March 8, 2007                    DOWNEY BRAND, LLP

12

13                                          /s/ Rhonda Canby
                                            RHONDA CANBY
14                                          Attorney for Defendant Raley's

15

16  Dated: March 2, 2007                    SCHULLER & SCHULLER

17

18                                          /s/ Jeffrey Schuller
                                            JEFFREY SCHULLER
19                                          Attorney for Defendant Valley Mack (DE), LLC

20

21                                  **ORDER**

22

23  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-

24  02132-LKK-KJM, is hereby dismissed with prejudice.

25  Dated: March 9, 2007.

26

27                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
28                                          UNITED STATES DISTRICT COURT